UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Elizabeth Robles, Elena Nacarino, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>RB Health (US) LLC,<br><br>        Defendant. | Case No. 1:22-cv-04743-FB-LB<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT RB HEALTH (US) LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

        WHEREAS, Plaintiff Elizabeth Robles commenced this action by filing a Complaint on August 11, 2022;

        WHEREAS, Plaintiffs Elizabeth Robles and Elena Nacarino ("Plaintiffs") filed an Amended Complaint on October 28, 2022;

        WHEREAS, Plaintiffs now seek to voluntarily dismiss any and all claims against Defendant RB Health (US) LLC ("RB Health") contained in the Amended Complaint;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

        1.    Plaintiffs and RB Health, through their respective counsel of record, hereby stipulate to Plaintiffs' voluntary dismissal of their claims against RB Health with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

        2.    Plaintiffs and RB Health shall bear their own costs and or attorney's fees.

Respectfully submitted,
December 27, 2022

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ *Sascha Henry*
Sascha Henry (Pro Hac Vice)
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071
213.620.1780
*Counsel for Defendant RB Health (US) LLC*

CUSTODIO & DUBEY LLP

By: /s/
Robert Abiri
445 South Figueroa Street, Suite 2520
Los Angeles, CA 90071
213.593.9095
*Counsel for Plaintiff Elizabeth Robles*

SO ORDERED.

/S/ Frederic Block   12-28-2022
Hon. Frederic Block
United States District Judge

SMRH:4865-3925-9717.2